Judge Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK McGLOVER, )<br>)<br>Defendant. )<br>_____ ) | NO. CR06-393JLR<br><br>ORDER CONTINUING<br>TRIAL DATE |

This Court, upon consideration of a Stipulation to Continue the Trial Date filed by the United States of America and Defendant Mark McGlover, and having considered the entirety of the file and records herein, and the reasons set forth in the Stipulation, the Court GRANTS the stipulation to continue the trial date to ensure continuity of effective assistance of counsel and to allow the parties additional time to engage in plea discussions and prepare for trial if such discussions do not result in a resolution of this case.  The Court further finds that a continuance would ensure that the trial does not conflict with other previously scheduled trials and matters of counsel for the government and the defendant.  Further, for these reasons, the Court finds that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant such a continuance would likely result in a miscarriage of justice..

//

//

1  The trial in this matter is continued to April 24, 2007, and the time between the
2  date of this Order and through April 24, 2007, is excluded pursuant to the provisions of
3  Title 18, United States Code, Sections 3161(h)(1)(I), 3161(h)(8)(A), and
4  3161(h)(8)(B)(i) as to Defendant Mark McGlover.

5  Dated this 9th day of January, 2007.

_____
JAMES L. ROBART
United States District Judge

Presented by:

  /s/_____
YE-TING WOO
Assistant United States Attorney
State Bar Number 21208
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: 206-553-2268
Fax: 206-553-4440
E-mail: Ye-Ting.Woo@usdoj.gov

ORDER CONTINUING TRIAL DATE/
United States v. McGlover, CR06-391JLR - 2